Hon. Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| YONG YI, | ) | |
| | ) | |
| Plaintiff, | ) | NO. 2:21−cv−00392−RSM−TLF |
| | ) | |
| vs. | ) | **STIPULATION AND** |
| | ) | **ORDER OF DISMISSAL WITH** |
| FINANCIAL ASSISTANCE, INC. | ) | **PREJUDICE** |
| | ) | |
| Defendant. | ) | NOTE ON MOTION CALENDAR |
| | ) | |
| | ) | April 27, 2021 |
| | ) | |
| | ) | |

**STIPULATION**

The parties, by and through undersigned counsel, hereby stipulate that this action and all claims and counterclaims herein by any party be dismissed with prejudice and without an award of fees or costs to any party.

DATED April 22, 2021.

**HASSON LAW, LLC**  **ANDERSON SANTIAGO, PLLC**
Attorneys for Defendant  Attorneys for Plaintiff


By /s/ *Jeffrey I. Hasson*  By /s/ *Jason D. Anderson*
Jeffrey I. Hasson, WSBA #23741  Jason D. Anderson, WSBA #38014

STIPULATION AND ORDER OF DISMISSAL WITH
PREJUDICE (2:21-cv-00392-RSM-TLF) — 1

Anderson | Santiago
787 MAYNARD AVENUE SOUTH
SEATTLE, WA 98104
(206) 395-2665

## ORDER

This matter having come on for consideration on the foregoing Stipulation of the parties, the Court orders as follows:

ORDERED, ADJUDGED and DECREED that all claims and counterclaims herein are dismissed with prejudice and without an award of fees or costs to any party.

IT IS SO ORDERED.

DATED this 28th day of April, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Jointly presented by:

ANDERSON SANTIAGO, PLLC
Attorneys for Plaintiff

By /s/ *Jason D. Anderson*
Jason D. Anderson, WSBA #46004
787 Maynard Ave. S.
Seattle, Washington 98104
Telephone: (206) 395-2665

HASSON LAW, LLC
Attorneys for Defendant

By /s/ *Jeffrey I. Hasson*
Jeffrey I. Hasson, WSBA #23741
9385 SW Locust Street
Tigard, OR 97223
Telephone: (503) 255-5352